JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>LUCY AVENUE, INC., a Utah Corporation; EAST LION CORPORATION, LLC; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.: 2:20-cv-04385-FMO-AFM<br><br>**ORDER GRANTING STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Fernando M. Olguin** |

Upon consideration and for good cause shown, the Court hereby GRANTS Plaintiff **Deckers Outdoor Corporation** ("Plaintiff" or "Deckers") and Defendants **Lucy Avenue, Inc.** ("Lucy Avenue") and **East Lion Corporation, LLC** ("East Lion") (collectively, "Defendants") Stipulation to Entry of a Permanent Injunction against Defendants and Voluntary Dismissal of this Action with Prejudice by as follows:

WHEREAS, on May 14, 2020, Plaintiff filed its Complaint against Defendant Lucy Avenue in this Action (Dkt. No. 1);

WHEREAS, on August 24, 2020, Plaintiff filed its First Amended Complaint ("FAC") naming East Lion as a defendant along with Lucy Avenue (Dkt. No. 14);

WHEREAS, Plaintiff is the owner of U.S. Design Patent No. D866,941, a copy of which is attached as Exhibit A to its FAC, and the "Fluff Yeah Trade Dress," an inherently distinctive visual design comprising of the non-functional elements identified in ¶ 22 of the FAC, and examples of the overall appearance of which are shown in ¶ 23 of the FAC and reproduced below for reference:





WHEREAS, Plaintiff's FAC asserts causes of action against Defendants for infringement of Deckers' Fluff Yeah Trade Dress and unfair competition under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, patent infringement of U.S. Pat. No. D866,941 ("the '941 Patent"), and similar claims corresponding to its federal claims under the statutory and common law of California, allegedly arising from Defendants' manufacture, importation, distribution, advertisement, marketing, offer for sale, and sale of certain footwear products identified as "Cari-01 Sandals" (the "**Accused Products**"), an example of which is pictured in ¶ 18 of Deckers' FAC and reproduced below for reference:



WHEREAS, Plaintiff and Defendants (together, the "Parties") have entered into a written Settlement Agreement that fully resolves all claims in this Action and disputes

among the Parties arising from the Accused Products;

WHEREAS, pursuant to the terms of the Settlement Agreement, Defendants have agreed to, and the Parties STIPULATED to entry of a Permanent Injunction and Voluntary Dismissal of this Action under the following conditions;

THEREFORE, it is **HEREBY ORDERED** that:

1. The Court has personal jurisdiction over Defendants and subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121.

2. Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice, as well as any related Order that may follow this Stipulation, shall serve to bind and obligate each of the Parties hereto.

3. Dismissal of this Action with Prejudice, however, shall not have any preclusive effect on any parties who are not specifically released in the written Settlement Agreement, and Plaintiff expressly reserves the right to pursue any claims against non-released parties.

4. Defendants, including each of their respective employees, servants, successors and assigns, are permanently restrained and enjoined from manufacturing, importing into the U.S., advertising, marketing, offering for sale, or selling in the U.S. the Accused Products.

5. The Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the enforcement, construction, or modification of Permanent Injunction entered by this Stipulation.

6. Each Party shall bear its own attorneys' fees and costs associated with the Action and Settlement Agreement, with no Party deemed as a prevailing party for any purposes.

7. Except as otherwise provided herein, this Action, including all claims asserted against Defendants in this Action, are hereby dismissed **with prejudice**.

IT IS SO ORDERED.

Dated: October 13, 2020          By: _____/s/_____
                                      Hon. Fernando M. Olguin
                                      United States District Judge